UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___ 6/15/2023
```

Peapack-Gladstone Bank,

                              Plaintiffs,

                -against-

Anvil Mechanical Inc. et al.,

                              Defendants.

-----------------------------------------------------------------X

7:21-CV-10834 (VR)

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

      The parties are directed to file a joint letter by no later than **June 22, 2023**, providing the Court with an update on the status of the case.  The letter should detail the progress of discovery in the prior month and the anticipated next steps in the upcoming month.

      **SO ORDERED.**

DATED:      White Plains, New York
               June 15, 2023

                                 _____
                                 VICTORIA REZNIK
                                 United States Magistrate Judge