USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PEAPACK-GLADSTONE BANK,

    *Plaintiff,*

    v.

ANVIL MECHANICAL INC., DANIEL LEITO, ANTHONY RUFFINO, SAMSON HORUS L.L.C. d/b/a SAMSON FUNDING and LIBERTAS FUNDING, LLC,

    *Defendants.*

Civil Action No. 21-cv-10834 (NSR)

**CONSENT JUDGMENT AGAINST ANVIL MECHANICAL INC., DANIEL LEITO, AND ANTHONY RUFFINO**

---

THIS MATTER having been opened to the Court by Plaintiff, Peapack-Gladstone Bank (the "Plaintiff"), by and through its counsel, McCarter & English, LLP, by and with the consent of Defendants Anvil Mechanical Inc., Daniel Leito, and Anthony Ruffino, by and through their counsel Venable LLP (the "Anvil Defendants") for entry of this Consent Judgment; and it appearing that the Anvil Defendants are obligated to Plaintiff under that certain loan that is the subject of this action in the original principal amount of $5,000,000 (the "Loan"), that said Loan is in default and that the Anvil Defendants are jointly and severally liable for repayment of all outstanding sums under the Loan; and the Court having noted the Anvil Defendants' consent to entry of this Judgment and having reviewed the Affidavit or Certification submitted by Plaintiff as to the amount due; and for good cause shown;

IT IS on this 27th day of September, 2023

ORDERED that:

1.  Judgment be and is hereby entered in favor of Plaintiff and against Defendants Anvil Mechanical Inc., Daniel Leito, and Anthony Ruffino, jointly and severally, in the amount of $6,456,628.48, which consists of (1) principal in the amount of $4,750,000; (2) contract interest (9.25%) of $801,524.31; (3) default interest (5%) of $808,437.50; and (4) late fees of $96,666.67.

2.  A copy of this Order shall be served on counsel for all Defendants by Plaintiff within seven (7) days of entry of this Consent Judgment on the docket.

White Plains, New York

_____
HON. NELSON S. ROMAN, U.S.D.J.

Dated: September 27, 2023

**CONSENTED TO BY ANVIL MECHANICAL INC., DANIEL LEITO AND ANTHONY RUFFINO:**

| **McCARTER & ENGLISH, LLP,** | **VENABLE LLP** |
|---|---|
| Attorneys for Plaintiff, | Attorneys for Defendants Anvil Mechanical |
| Peapack-Gladstone Bank | Inc., Daniel Leito, and Anthony Ruffino |
| By: /s/ Sheila Calello | By: /s/ Brian Lustbader |
| Sheila E. Calello | Brian G. Lustbader |
| A Member of the Firm | |