UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 2/22/2024
```

Peapack Gladstone Bank,

                                Plaintiffs,            **ORDER RE STATUS CONFERENCE**

            -against-                                  7:21-cv-10834-NSR-VR

Anvil Mechanical Inc et al.,

                                Defendant.

----------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

   **PLEASE NOTE NEW DIAL IN INFORMATION. THE DATE AND TIME OF**

   **THE CONFERENCE SCHEDULED AT DE # 95 HAS NOT CHANGED.**

   A Status Conference (via telephone) is hereby scheduled **March 27, 2024  at  12 PM.**

The parties are to dial in to Teams conference line at **1 914-292-4033**, enter the Conference ID

**117 620 606 0** and then # to enter the conference.


      **SO ORDERED.**

DATED:      White Plains, New York
            February 22, 2024

                                        _____
                                        VICTORIA REZNIK
                                        United States Magistrate Judge