

| | |
|---|---|
| **Sheila E. Calello**<br>Partner<br><br>T. 973-639-6931<br>F. 973-297-3854<br><br>scalello@mccarter.com | McCarter & English, LLP<br><br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102-4056<br><br>www.mccarter.com |

March 26, 2024

**VIA ECF**

# MEMO ENDORSED

Hon. Victoria Reznik, U.S.M.J.
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**Re: Peapack-Gladstone Bank v. Anvil Mechanical, et al. (cv-7:21-10834)**

Dear Judge Reznik:

This firm represents Plaintiff, Peapack-Gladstone Bank ("Plaintiff"). A status conference is scheduled in this matter for Wednesday, March 27, 2024 at 12:00.  We respectfully request an adjournment of the conference because counsel for Defendant Samson Horus L.L.C. d/b/a Samson Funding ("Samson"), James Zawodzinski, Esq., has had a death in the family. We thank the Court of its consideration.

Please have a member of Your Honor's chambers contact me if additional information is needed.

Respectfully,


*/Sheila E. Calello*

Sheila E. Calello

Cc:     James Zawodzinski, Esq.
        Steven Wells, Esq.


The parties' request is GRANTED.

The teleconference is rescheduled to 4/8/24 at 12:00 pm. The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739 and press # to enter the conference.

The Clerk of Court is requested to close out ECF No. 98.

Dated: 3/27/24     SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

ME1 47989285v.1