USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/3/2026__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEAPACK-GLADSTONE BANK,

                              Plaintiff,

     -against-                                              21 Civ. 10834 (NSR)
                                                            ORDER

ANVIL MECHANICAL INC., *et al.*,

                              Defendants.

NELSON S. ROMÁN, United States District Judge:

On February 25, 2026, this Court issued an Order to Show Cause setting a deadline of March 25, 2026 for Plaintiff to respond in writing and show cause why this case should not be dismissed for want of prosecution, and directing Plaintiff to comply or risk dismissal. (ECF No. 107.) The Order was entered on the docket and served via ECF upon the parties. No response to the Order to Show Cause was filed, and no further communication has been received from Plaintiff.

Therefore, this case is dismissed without prejudice for want of prosecution pursuant to Fed. R. Civ. P. 41(b).

Dated:  April 3, 2026                          SO ORDERED:
        White Plains, New York

                                               _____
                                               NELSON S. ROMÁN
                                               United States District Judge

1